FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 23 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HANNA BERNARD; et al.,<br><br>　　　　Plaintiffs - Petitioners,<br><br> v.<br><br>CITIMORTGAGE INC, a New York corporation,<br><br>　　　　Defendant - Respondent. | No. 13-80214<br><br>D.C. No. 2:11-ml-02274-DSF-PLA<br>Central District of California, Los Angeles<br><br>ORDER |

Before: REINHARDT and HURWITZ, Circuit Judges.

　　Petitioners' motion for leave to file a reply is granted. Petitioners' reply has been filed and considered.

　　The court, in its discretion, grants the petition for permission to appeal the district court's October 7, 2013 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam). Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

SM/MOATT